

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

NOV 06 2024

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00194 |
| | ) | |
| v. | ) | 18 U.S.C. § 844(h) |
| | ) | 18 U.S.C. § 844(i) |
| | ) | 18 U.S.C. § 1951(a) |
| PARDRAE GOOCH | ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about May 29, 2024, in the Middle District of Tennessee, the defendant, **PARDRAE GOOCH**, did unlawfully, obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), in that **PARDRAE GOOCH** did unlawfully take and obtain personal property from Victim One against her will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about May 29, 2024, in the Middle District of Tennessee, the defendant, **PARDRAE GOOCH**, knowingly used fire to commit a felony prosecutable in a court of the United States, that is, Hobbs Act Robbery, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 844(h).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about May 29, 2024, in the Middle District of Tennessee, the defendant, **PARDRAE GOOCH**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building located at 4702 Nolensville Pike, Unit B, Nashville, Tennessee 37211, used in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

KATHRYN D. RISINGER
EMILY PETRO
ASSISTANT UNITED STATES ATTORNEYS